IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRANDI L. DAWKINS, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:09-cv-01342 |
| | ) |
| v. | ) Judge Nora Barry Fischer |
| | ) Magistrate Judge Lisa Pupo Lenihan |
| ARAMARK, et al., | ) |
| | ) Doc. No. 25 |
| Defendants | ) |

## MEMORANDUM ORDER

The complaint in the above captioned case was received by the Clerk of Court on October 5, 2009, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (Doc. No. 30), filed on February 4, 2010, recommended that the Motion to Dismiss filed by Defendant UNUM Life Insurance Company (Doc. No. 25), be granted. Service was made on all counsel of record. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.D.2 of the Local Rules of Court, that they had fourteen (14) days to file any objections. No objections were filed to the Report and Recommendation.

After review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

**AND NOW**, this 24th day of February, 2010,

**IT IS HEREBY ORDERED** that the Motion to Dismiss filed by Defendant UNUM Life Insurance Company (Doc No. 25), is **GRANTED** and the complaint against said Defendant is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No. 30) of Magistrate Judge Lenihan, dated February 4, 2010, is adopted as the opinion of the Court.

*Nora Barry Fischer*
NORA BARRY FISCHER
United States District Judge

cc:   Lisa Pupo Lenihan
   U.S. Magistrate Judge

   All Counsel of Record
   *Via Electronic Mail*