IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRANDI L. DAWKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ARAMARK, WASHINGTON AND | ) |
| JEFFERSON COLLEGE, and UNUM | ) |
| | ) |
| Defendants. | ) |

Civil Action No. 09-1342

Judge Nora Barry Fischer
Magistrate Judge Lisa Pupo Lenihan

**ORDER**

The above captioned case was filed on October 5, 2009, and was assigned to United

States Magistrate Judge Lisa Pupo Lenihan.  Upon the filing of a notice of District Judge Option

(Doc. No. 24), Judge Nora Barry Fischer was assigned and the case was referred back to

Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate

Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate

Judges.

The Magistrate Judge filed a Report and Recommendation (Doc. No. 33), on February 18,

2010, that recommended the Motion to Dismiss Plaintiff's Complaint filed by the Defendant

Washington and Jefferson College be granted in part with regards to Count 1 and II and denied in

part with regard to Court III.  The Defendant filed timely Objections to the Report and

Recommendation (Doc. No. 35) on March 4, 2010.  The Magistrate Judge then filed a

Supplemental Report and Recommendation (Doc. No. 39) on March 12, 2010, that recommended

that Defendant Washington and Jefferson College's Motion to Dismiss Plaintiff's Complaint

pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. No. 8) be granted.  It was further

recommended that Plaintiff's prematurely-filed Amended Complaint (Doc. No. 36) be stricken as

moot.  The parties were advised they were allowed fourteen (14) days from the date of service to

file written objections to the Supplemental Report and Recommendation.  No objections have

been filed.   After review of the pleadings and documents in the case, together with the report and

recommendation, the following order is entered:

  **AND NOW**, this _6th_ day of <u>April</u>, 2010;

  **IT IS HEREBY ORDERED** that Defendant Washington and Jefferson College's

Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) is

**GRANTED**.

  **IT IS FURTHER ORDERED** that the Amended Complaint (Doc. No. 26),

prematurely-filed on March 7, 2010, is **STRICKEN AS MOOT**.

  **IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No. 33) of

Magistrate Judge Lenihan, dated February 18, 2010, is **TERMINATED**.

  **IT IS FURTHER ORDERED** that the Supplemental Report and Recommendation

(Doc. No. 39) of Magistrate Judge Lenihan, dated March 12, 2010, is adopted as the opinion of

the court.

        By the Court:

        Nora Barry Fischer
        United States District Judge

cc: Lisa Pupo Lenihan
  United States Magistrate Judge

  Counsel of record.